HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHAIM YOSEF HORWITZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>CHAIM YOSEF HORWITZ,<br><br>           Defendant. | Case No. 6:19-mj-00041-JDP<br><br>**STIPULATION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; ORDER** |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Chaim Yosef Horwitz, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for August 12, 2020 and terminate probation.

On July 9, 2019, the Honorable Jeremy D. Peterson sentenced Mr. Horwitz to a term of 12 months unsupervised probation, complete 25 hours of community service and to pay fine and special assessment totaling $150.00.  Mr. Horwitz is in compliance with all terms of his probation. The undersigned defense counsel respectfully moves the court to vacate the review hearing and terminate Mr. Horwitz's term of probation.  The government does not object.

//

//

1                                            Respectfully submitted,

2

3                                            McGREGOR W. SCOTT
United States Attorney

4   Dated:  August 11, 2020              */s/ Sean Anderson*
SEAN ANDERSON

5                                            Acting Legal Officer
National Park Service

6                                            Yosemite National Park

7

8                                            HEATHER E. WILLIAMS
Federal Defender

9

10   Dated: August 11, 2020               */s/ Benjamin A. Gerson*
BENJAMIN A. GERSON

11                                            Assistant Federal Defender
Attorney for Defendant

12                                            CHAIM YOSEF HORWITZ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the parties' joint representation that Mr. Horwitz is in compliance with the conditions of his probation, the court here by vacates the review hearing in case 6:19-mj-00041-JDP scheduled for August 12 2020, at 10:00 a.m., and terminates Mr. Horwitz's term of probation.

IT IS SO ORDERED.

Dated:   August 12, 2020                                      _____
                                                                                       UNITED STATES MAGISTRATE JUDGE